ACCEPTED
12-14-00158-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/11/2015 9:39:46 AM
CATHY LUSK
CLERK

## CAUSE NO. 12-14-00158-CR

| | | |
|---|---|---|
| RICKY NEAL, JR. | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | 12th JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/11/2015 9:39:46 AM
CATHY S. LUSK
Clerk

## STATE'S MOTION FOR EXTENSION OF TIME FOR FILING OF THE STATE'S BRIEF

**To the Honorable Justices of Said Court:**

Comes now the State of Texas, and presents its Motion for Extension of Time and for Late Filing of the State's Brief in the above cause, and in support of this motion, would show the Honorable Court the following:

A. The case was originally disposed of by a jury trial in the 7th District Court of Smith County, Texas, the Honorable Kerry Russell, judge presiding.

B. The trial court cause number was 007-10505-13, and the case was styled *The State of Texas v. Ricky Neal.*

C. Appellant was convicted of the offense of Murder and the jury assessed a Life sentence of incarceration.

D. On May 8, 2015, Appellant filed a brief. The State's brief was due to be filed in the Court on or before June 8, 2015.

E. There have been seven extensions of time granted, two for the filing of the appellate record and five for the filing of Appellant's brief. There have been no prior extensions requested or granted to the State.

F. Pursuant to T.R.A.P. 10.5 (b), the State is seeking the Court's indulgence to order an extension of thirty (30) days to allow the State an opportunity for timely filing its reply brief on or before July 8, 2015.

G.  The facts relied upon to support this request are as follows:

I, Michael West, the undersigned Assistant Criminal District Attorney, am responsible for the Appellate Division in the office. We have been short by one attorney in my division for over a year now. It has been extremely busy this last month and I have had re-direct my attention to completing the following State's responses and have been personally involved in the following trial or appellate division matters:

1.  241-1777-04-A, *Ex parte Macedo*, State's supplemental answer to Art. 11.072 writ application completed on 05/11/15.

2.  114-1532-13-A, *Ex parte Williams*, State's answer completed on 05/12/15.

3.  241-0661-14-A, *Ex parte Tankersley*, State's answer completed on 05/13/15.

4.  114-1467-06-B, *Ex parte Ramos*, State's answer completed on 05/14/15.

5.  007-1626-13-A, *Ex parte Calder*, State's answer completed on 05/15/15.

6.  007-1131-13-B, *Ex parte White*, State's answer completed on 05/15/15.

7.  007-1032-11-A, *Ex parte Bowman*, State's supplemental answer completed on 5/18/15.

8.  007-1062-06-A, *Ex part Leivana*, State's supplemental answer completed on 05/20/15.

9.  241-1310-14, *Ex parte Lynch*, State's proposed Findings of Fact completed on 05/22/15.

10. 114-0750-02, *Russeau v. State*, State's response to clemency petition completed on 05/25/15.

11. 12-15-00287-CR, *Nichols v. State*, State's response brief completed on 05/26/15.

12.  114-1269-11, *Robertson v. State*, State's response to Chapter 64 DNA motion completed on 05/27/15.

13.  241-1479-13-A, *Ex parte Hodge*, State's proposed Findings of Fact completed on 05/29/15.

H.  241-1510-10-A, *Ex parte Cargill*, I have been working on the State's response to this Art. 11.071 capital writ application that raises 16 separate grounds for relief since 06/04/15 when the final affidavit from trial counsel was received.

I.  In addition to the appellate/trial matters listed above, I am daily called upon to research issues arising at trial, to answer questions from law enforcement, or to assist in the preparation and or presentation of grand jury indictments.

J.  This motion is not being filed purely for purposes of delay, but rather to allow the State to timely respond to the argument in Appellant's brief.

K.  The State has a great interest in affirming the judgement of the 7th District Court in this case.

**WHEREFORE,** this request is respectfully made that the Court grant the State the opportunity of filing its brief on or before July 8, 2015.

Respectfully submitted



Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

## VERIFICATION

STATE OF TEXAS

SMITH COUNTY, TEXAS

BEFORE ME, the undersigned authority, a notary public in and for the State of Texas, on _____June 11, 2015_____, personally appeared _____Michael West_____, representing the State of Texas as Assistant Criminal District Attorney in the above captioned cause, and having been by me first duly sworn, stated that the facts set out in this motion are within his personal knowledge and are true and correct.

MATTHEW CHRISTOPHER MOSELEY
Notary Public
State of Texas
My Comm. Expires 10-03-2015

NOTARY PUBLIC - State of Texas

## CERTIFICATE OF SERVICE

On ___Jun 11, 2015___, at true and complete copy of this instrument has been electronically served to:

Mr. G. J. Smith
Attorney at Law
2000 E. Lamar Blvd., Ste. 330
Arlington, Texas 76006

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)